# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

vs.                                  NO.  4:12CR00170-003  SWW

ERIC EUGENE HARLOW                                                              DEFENDANT

## ORDER

The Court finds that new counsel should be appointed for defendant, Eric Eugene Harlow, in this matter,

IT IS THEREFORE ORDERED that the Jeff Rosenzweig, hereby is substituted as appointed counsel of record for the defendant in place of appointed attorney B. Dale West who is hereby relieved of any further responsibility in this matter.

DATED this 4th day of June 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE