*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA     PLAINTIFF

vs.     4:12CR00170-003 SWW

ERIC EUGENE HARLOW     DEFENDANT

### ORDER

Pending before the Court is defendant's motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for February 6, 2015. The defendant is undergoing treatment at the Union Rescue Mission's Nehemiah House and would like to continue his progress in this program. The government has no objection to the continuance.

IT IS THEREFORE ORDERED that the motion to continue [doc #239] is ***GRANTED*** and the hearing is rescheduled for ***THURSDAY, NOVEMBER 5, 2015 AT 1:00 P.M. IN COURTROOM #389.***

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of his supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 3rd day of February 2015.

                                        /s/Susan Webber Wright

                                        UNITED STATES DISTRICT JUDGE