**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                           PLAINTIFF

vs.                              4:12CR00170-003  SWW

ERIC EUGENE HARLOW                                                 DEFENDANT

**ORDER**

Pending before the Court is the defendant's unopposed motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for November 5, 2015. The Court finds that this motion [doc #270] should be and hereby is granted.

IT IS THEREFORE ORDERED that the hearing is rescheduled for ***WEDNESDAY, JANUARY 13, 2016 AT 1:00 P.M. IN COURTROOM #389.***

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 5th day of November 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE