**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                            NO. 4:12CR00170-003  SWW

ERIC EUGENE HARLOW                                                    DEFENDANT

**ORDER**

The above entitled cause came on for hearing September 8, 2016 on government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of counsel and the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked***, granting government's motions [docs #327, #342]. Defendant shall serve a term of imprisonment of ***ELEVEN (11) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Forrest City or Texarkana, to be close to family in Heber Springs, Arkansas; and that defendant participate in substance abuse treatment programs and mental health counseling during incarceration.

There will be ***NO*** supervised release to follow.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 8th day of September 2016.

/s/Susan Webber Wright

United States District Judge